FILED

2006 SEP -8 PM 1:41

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

Seyamack Kouretchian (State Bar No. 171741)
Robert Berkowitz (State Bar No. 227888)
KOURETCHIAN LAW GROUP, APC
169 Saxony Road, Suite 204
Encinitas, California 92024
Tel: (760) 334-0214
Fax: (760) 632-7343

Attorneys for Plaintiff,
PROFESSIONAL'S CHOICE SPORTS MEDICINE PRODUCTS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROFESSIONAL'S CHOICE SPORTS MEDICINE PRODUCTS, INC., | Case No. 05cv1148-BEN(WMc) |
| Plaintiff, | STIPULATION OF DISMISSAL |
| vs. | |
| EQUINE SUPPLY DIRECT, et al. | |
| Defendants. | |

IT T IS HEREBY STIPULATED between Plaintiff, PROFESSIONAL'S CHOICE SPORTS MEDICINE PRODUCTS, INC. ("Plaintiff"), and Defendant, JAMES SPURLIN ("Defendant") through their designated counsel that the above-encaptioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). Each party shall bear their own attorneys fees and costs of suit.

September 5, 2006        CHULAK SCHIFFMAN QUISENBERRY
                         & DRESCHER

                         By _____
                         Daniel Quisenberry, Attorneys for Defendant
                         James Spurlin

STIPULATION OF DISMISSAL

PAGE 1 OF 2

|   |   |
|---|---|
| 1 | KOURETCHIAN LAW GROUP, APC |
| 2 | September 5, 2006       By: _____ |
| 3 | Seyamack Kouretchian, Attorneys for Plaintiff Professional's Choice Sports Medicine Products, Inc. |

## ORDER

PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.

Date: _____                               _____

1
2   September 5, 2006        KOURETCHIAN LAW GROUP, APC
3                            By: _____
                             Seyamack Kouretchian, Attorneys for Plaintiff
4                            Professional's Choice Sports Medicine Products, Inc.
5
6
7                            **ORDER**
8
9   PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.
10  Date: 9/7/06                    _____
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## PROOF OF SERVICE

I, the undersigned, declare that I am employed in the County of San Diego, California, and that I am over eighteen years of age and not a party to the within action and that on the date set forth below, I served the within document(s), described as: STIPULATION OF DISMISSAL on the following parties and non-parties in this action, addressed as follows:

<u>Attorney for James Spurlin</u>
Daniel Quisenberry
Chulak Shiffman et al
30343 Canwood St.
Suite 203
Agoura Hills, CA 91301

[ X ] **BY MAIL** by placing a true copy of each document listed above in a sealed envelope addressed to the parties listed on the attachment hereto and placing it for collection in a place in our office for regular pick up and/or delivery to a United States Post Office mailbox at San Diego, California.

[ ] **BY HAND** I caused each such envelope to be delivered by hand to the addressee(s) listed above via [ ] hand delivery; [ ] express messenger.

[ ] **BY FEDERAL EXPRESS** I caused each such envelope to be delivered by placing a true copy of each document listed above in a sealed envelope for delivery via Federal Express to the addressee(s) listed above.

[ ] **BY FACSIMILE**, by causing a true and correct copy hereof to be transmitted to the parties listed above via facsimile.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 5, 2006 at San Diego County, California.

S. Bright
Executive Legal Assistant